```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700

 5  Attorneys for the United States

 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  2:11-CV-02738-GEB-DAD
                                   )
12             Plaintiff,          )
                                   )  APPLICATION AND ORDER FOR
13        v.                       )  PUBLICATION
                                   )
14  REAL PROPERTY LOCATED AT 105   )
    THREE HILLS ROAD, HAYFORK,     )
15  CALIFORNIA, TRINITY COUNTY,    )
    APN: 019-530-23-00 INCLUDING   )
16  ALL APPURTENANCES AND          )
    IMPROVEMENTS THERETO,          )
17                                 )
    REAL PROPERTY LOCATED AT 1150  )
18  CHROME MINE ROAD, HAYFORK,     )
    CALIFORNIA, TRINITY COUNTY,    )
19  APN: 019-530-24-00 INCLUDING   )
    ALL APPURTENANCES AND          )
20  IMPROVEMENTS THERETO,          )
                                   )
21  REAL PROPERTY LOCATED AT 241   )
    THREE HILLS ROAD, HAYFORK,     )
22  CALIFORNIA, TRINITY COUNTY,    )
    APN: 019-530-26-00 INCLUDING   )
23  ALL APPURTENANCES AND          )
    IMPROVEMENTS THERETO,          )
24                                 )
    REAL PROPERTY LOCATED AT 1180  )
25  CHROME MINE ROAD, HAYFORK,     )
    CALIFORNIA, TRINITY COUNTY,    )
26  APN: 019-530-27-00 INCLUDING   )
    ALL APPURTENANCES AND          )
27  IMPROVEMENTS THERETO, and      )
                                   )
28                                 )
```

```
 1  REAL PROPERTY LOCATED AT 1210    )
    CHROME MINE ROAD, HAYFORK,       )
 2  CALIFORNIA, TRINITY COUNTY,      )
    APN: 019-530-28-00 INCLUDING     )
 3  ALL APPURTENANCES AND            )
    IMPROVEMENTS THERETO,            )
 4                                   )
              Defendants.            )
 5                                   )
    _____)
 6
```

7    The United States of America applies for an order of
8 publication as follows:
9    1. Rule G(4) of the Supplemental Rules for Admiralty or
10 Maritime Claims and Asset Forfeiture Actions (hereafter
11 "Supplemental Rules") provides that the United States shall cause
12 public notice of the action to be given in a newspaper of general
13 circulation or on the official internet government forfeiture
14 site;
15    2. Local Rule 171, Eastern District of California, provides
16 that the Court shall designate by order the appropriate newspaper
17 or other vehicle for publication;
18    3. The defendant real properties are located in the city of
19 Hayfork, Trinity County, California;
20    4. The United States proposes that publication be made as
21 follows:
22        a.  One publication;
23        b.  Thirty (30) consecutive days;
24        c.  On the official internet government forfeiture
25 site www.forfeiture.gov;
26        d.  The publication is to include the following:
27            (1)  The Court and case number of the action;
28            (2)  The date of the seizure/posting;

        (3)   The identity and/or description of the property seized/posted;

        (4)   The name and address of the attorney for the United States;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 10/14/2011        BENJAMIN B. WAGNER
                             United States Attorney

                       By: /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney

                            **ORDER**

IT IS SO ORDERED.

DATED: October 19, 2011.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1\orders.civil\USvRealProperty2738.ord.pub