1   BENJAMIN B. WAGNER
     United States Attorney
2   KEVIN C. KHASIGIAN
     Assistant U.S. Attorney
3   501 I Street, Suite 10-100
     Sacramento, CA  95814
4   Telephone: (916) 554-2700

5   Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,     )   2:11-CV-02738-GEB-DAD
                           )
12             Plaintiff,    )
                           )   APPLICATION AND ORDER FOR
13         v.            )   PUBLICATION
                           )
14   REAL PROPERTY LOCATED AT 105   )
     THREE HILLS ROAD, HAYFORK,     )
15   CALIFORNIA, TRINITY COUNTY,    )
     APN: 019-530-23-00 INCLUDING   )
16   ALL APPURTENANCES AND         )
     IMPROVEMENTS THERETO,         )
17                            )
     REAL PROPERTY LOCATED AT 1150   )
18   CHROME MINE ROAD, HAYFORK,     )
     CALIFORNIA, TRINITY COUNTY,    )
19   APN: 019-530-24-00 INCLUDING   )
     ALL APPURTENANCES AND         )
20   IMPROVEMENTS THERETO,         )
                           )
21   REAL PROPERTY LOCATED AT 241   )
     THREE HILLS ROAD, HAYFORK,     )
22   CALIFORNIA, TRINITY COUNTY,    )
     APN: 019-530-26-00 INCLUDING   )
23   ALL APPURTENANCES AND         )
     IMPROVEMENTS THERETO,         )
24                            )
     REAL PROPERTY LOCATED AT 1180   )
25   CHROME MINE ROAD, HAYFORK,     )
     CALIFORNIA, TRINITY COUNTY,    )
26   APN: 019-530-27-00 INCLUDING   )
     ALL APPURTENANCES AND         )
27   IMPROVEMENTS THERETO, and      )
                           )
28                            )

REAL PROPERTY LOCATED AT 1210 )
CHROME MINE ROAD, HAYFORK, )
CALIFORNIA, TRINITY COUNTY, )
APN: 019-530-28-00 INCLUDING )
ALL APPURTENANCES AND )
IMPROVEMENTS THERETO, )
                                )
                  Defendants. )
                                )
_____)

The United States of America applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.   Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.   The defendant real properties are located in the city of Hayfork, Trinity County, California;

4.   The United States proposes that publication be made as follows:

       a.   One publication;

       b.   Thirty (30) consecutive days;

       c.   On the official internet government forfeiture site www.forfeiture.gov;

       d.   The publication is to include the following:

           (1)   The Court and case number of the action;

           (2)   The date of the seizure/posting;

1   (3)   The identity and/or description of the
2   property seized/posted;
3   (4)   The name and address of the attorney for the
4   United States;
5   (5)   A statement that claims of persons entitled
6   to possession or claiming an interest pursuant to Supplemental
7   Rule G(5) must be filed with the Court and served on the attorney
8   for the United States no later than 60 days after the first day
9   of publication on the official internet government forfeiture
10  site; and
11  (6)   A statement that answers to the Complaint or
12  a motion under Rule 12 of the Federal Rules of Civil Procedure
13  ("Fed. R. Civ. P.") must be filed and served within 21 days after
14  the filing of the claims and, in the absence thereof, default may
15  be entered and condemnation ordered.
16  Dated: 10/14/2011            BENJAMIN B. WAGNER
                                 United States Attorney
17
18
                           By:  /s/ Kevin C. Khasigian
19                              KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney
20
21
22                              **ORDER**
23      IT IS SO ORDERED.
24  DATED: October 19, 2011.
25
26  _____
27  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE
28  DAD1\orders.civil\USvRealProperty2738.ord.pub