1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:11-CV-02738-GEB-DAD
                                  )
12              Plaintiff,        )
                                  )   STIPULATION TO CONTINUE
13      v.                        )   EXPERT WITNESS DISCLOSURE
                                  )   DATES; ORDER THEREON
14 REAL PROPERTY LOCATED AT 105   )
   THREE HILLS ROAD, HAYFORK,     )
15 CALIFORNIA, TRINITY COUNTY,    )
   APN: 019-530-23-00 INCLUDING   )   (First Request)
16 ALL APPURTENANCES AND          )
   IMPROVEMENTS THERETO,          )
17                                )
                                  )
18              Defendants.       )
                                  )
19 _____)

20

21      The United States and claimants Lapoe Smith and Katherine

22 Renee Smith, by and through their undersigned attorneys, hereby

23 stipulate:

24      1.   This stipulation is executed by all parties who have

25 appeared in and are affected by this action.

26      2.   The expert witness and rebuttal expert witness

27 disclosure dates currently set on September 1, 2012 and October

28 1, 2012, with the Court's approval, be continued to December 20,

2012 and January 24, 2013 to allow for the completion of non-expert depositions and to allow the parties' experts to review written discovery and deposition transcripts, as well as draft their expert reports in accordance with the Federal Rules of Civil Procedure.

    3.    This is the parties' first request for an extension.

Dated: _8/27/12_                    BENJAMIN B. WAGNER
                                    United States Attorney


                            By:  /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


Dated: _24 Aug 2012_                /s/ David M. Michael
                                    DAVID M. MICHAEL
                                    Attorney for claimants
                                    Lapoe Smith and Katherine
                                    Renee Smith
                                    (Signature retained by attorney)


                            **ORDER**

IT IS SO ORDERED.

Dated:  August 27, 2012


                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge