```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 105 THREE HILLS ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-530-23-00 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>             Defendants. | 2:11-CV-02738-GEB-DAD<br><br>STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DATES; ORDER THEREON |

    The United States and claimants Lapoe Smith and Katherine Renee Smith, by and through their undersigned attorneys, hereby stipulate:

    1.   This stipulation is executed by all parties who have appeared in and are affected by this action.

    2.   The expert witness and rebuttal expert witness disclosure dates currently set on December 20, 2012 and January 24, 2013, with the Court's approval, be continued to February 12,

2013 and February 28, 2013 to allow for the completion of non-expert depositions and to allow the parties' experts to review written discovery and deposition transcripts.

3. The parties previously scheduled depositions in November 2012, but a few days prior to the depositions Claimant Lapoe Smith suffered a serious head injury and was hospitalized in San Antonio, Texas. As a consequence, the depositions have been continued to mid-January 2013.

Dated: 12/10/12                    BENJAMIN B. WAGNER
                                   United States Attorney

                            By:    /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
                                   Assistant U.S. Attorney


Dated: 12/5/12                     /s/ David M. Michael
                                   DAVID M. MICHAEL
                                   Attorney for claimants
                                   Lapoe Smith and Katherine
                                   Renee Smith

                                   (Authorized via email 12/5/12)


**ORDER**

IT IS SO ORDERED.

Dated:  December 11, 2012

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   Senior United States District Judge