BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 105 THREE HILLS ROAD, HAYFORK,CALIFORNIA, TRINITY COUNTY, APN: 019-530-23-00 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 1150 CHROME MINE ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-530-24-00 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 241 THREE HILLS ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-530-26-00 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 1180 CHROME MINE ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019-530-27-00 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 1210 CHROME MINE ROAD, HAYFORK, CALIFORNIA, TRINITY COUNTY, APN: 019- | 2:11-CV-02738-GEB-CKD<br><br>FINAL JUDGMENT OF FORFEITURE |

530-28-00 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

        Defendants.

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.     This is a civil forfeiture action against the real properties listed below:

    (a) 105 Three Hills Road, Hayfork, California, Trinity County, APN: 019-530-23-00, including all appurtenances and improvements thereto;

    (b) 1150 Chrome Mine Road, Hayfork, California, Trinity County, APN: 019-530-24-00, including all appurtenances and improvements thereto;

    (c) 241 Three Hills Road, Hayfork, California, Trinity County, APN: 019-530-26-00, including all appurtenances and improvements thereto;

    (d) 1180 Chrome Mine Road, Hayfork, California, Trinity County, APN: 019-530-27-00, including all appurtenances and improvements thereto; and

    (e) 1210 Chrome Mine Road, Hayfork, California, Trinity County, APN: 019-530-28-00, including all appurtenances and improvements thereto.

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on October 14, 2011, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 31 U.S.C. § 5317(c)(2) and 21 U.S.C. § 881(a)(7).

3.     On November 8, 2011, the defendant properties were posted with a copy of the Complaint and Notice of Complaint.

4.     Beginning on November 9, 2011, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on December 23, 2011.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

    a.     Lapoe Smith,
    b.     Katherine Smith.

6.     On November 11, 2011, Lapoe Smith and Katherine Renee Smith ("claimants") filed claims alleging an interest in the defendant properties, and filed an Answer to the Complaint on

December 9, 2011.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On or about March 1, 2012, a Stipulation and Order for Interlocutory Sale of Defendant Properties was filed.  The defendant properties sold for $160,000.00 and that sale was finalized on or about March 27, 2012.  The Internal Revenue Service – Criminal Investigation received a wire transfer in the amount of $135,422.04 on March 28, 2012.

8. On October 1, 2015, the Court entered a Stay in this case until January 15, 2016.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimants Lapoe Smith and Katherine Renee Smith and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, all right, title, and interest of Lapoe Smith and Katherine Renee Smith in $25,000.00 of the $135,422.04 sub *res* in lieu of the defendant real properties, together with any interest that may have accrued on the entire amount, shall forfeited to the United States pursuant to 31 U.S.C. § 5317(c)(2) and 21 U.S.C. § 881(a)(7), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $110,422.04 of the $135,422.04 sub *res* in lieu of the defendant real properties shall be returned to claimants Lapoe Smith and Katherine Renee Smith through their attorney David M. Michael.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the posting, sale or forfeiture of the defendant properties or sub *res*.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said posting, sale or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

      6.      Claimants waived any and all claim or right to interest that may have accrued on the defendant funds.

      7.      All parties are to bear their own costs and attorneys' fees.

      8.      The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

      9.      Based upon the allegations set forth in the Complaint filed October 14, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant properties, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.
Dated: December 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge